

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-25-00245-CR

---

Daniel Antonio Guevara, Appellant

v.

The State of Texas, Appellee

---

On Appeal from the County Criminal Court No. 1
El Paso County, Texas
Trial Court No. 20250C04499

---

## JUDGMENT

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order that this decision be certified below for observance.

IT IS SO ORDERED this 9th day of January 2026.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.